UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON WILLIE ISELI,

No.  2:22-cv-01483-TLN-EFB (HC)

Petitioner,

v.

ORDER

JEFF LYNCH, Warden,

Respondent.

On March 13, 2023, the Clerk of the Court closed this case upon the court's denial of petitioner's petition for writ of habeas corpus.  ECF No. 31.  Judgment was duly entered.  ECF No. 32.  On March 17, 2023, the Clerk filed a letter from petitioner, which included a civil rights complaint and a motion for leave to proceed in forma pauperis.  ECF Nos. 33 & 34.  The court takes no action on these filings as this habeas action is now closed.  The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.  The Clerk of the Court is instructed to terminate ECF No. 33.

So ordered.

Dated:   April 14, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE